JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELSON CHILIN,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL JAIME, et al.,<br><br>  Defendants. | Case No. EDCV 25-1578-GW-KSx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel [22], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

Each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: October 24, 2025

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE